ORIGINAL

1  HOWARD HOLDERNESS, State Bar No. 169814 .
   BRETT M. SCHUMAN, State Bar No. 189247
2  LORELEI A. CRAIG, State Bar No. 244104
   MORGAN, LEWIS & BOCKIUS LLP
3  One Market - Spear Street Tower
   San Francisco, CA 94105-1126
4  Tel:   415.442.1000
   Fax:   415.442.1001
5  Email: hholderness@morganlewis.com

6  Attorneys for Defendants
   ANDREAS BECHTOLSHEIM and
7  CISCO SYSTEMS, INC.

*FILED*

*JUL 3 0 2007*

E-filing

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

8              UNITED STATES DISTRICT COURT

9             NORTHERN DISTRICT OF CALIFORNIA

10

11  MOSAIC SYSTEMS, INC.,                Case No. C 07

12                  Plaintiff,
                                         **NOTICE OF REMOVAL OF**
13       vs.                             **CONSOLIDATED ACTIONS**    **BZ**

14  ANDREAS BECHTOLSHEIM, and            **UNDER 28 U.S.C. §1441(b)**
15  DOES 1-20,                           **(FEDERAL QUESTION)**

16                  Defendants.

17
    MOSAIC SYSTEMS, INC.,
18
                    Plaintiff,
19       vs.

20  CISCO SYSTEMS, INC., and
    DOES 1-20,
21
                    Defendants.
22

23

24       TO THE CLERK OF THE ABOVE-ENTITLED COURT:

25       PLEASE TAKE NOTICE that defendants Andreas Bechtolsheim and Cisco Systems, Inc.

26  hereby remove to this Court the consolidated state court actions described below.

27       1.    On March 29, 2004, plaintiff commenced an action entitled *Mosaic Systems, Inc.,*

28  *vs. Cisco Systems, Inc.,* Case No. 1-04 CV 016867 (the "Cisco Action") in the Superior Court of

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1-SF/7580497.2                              1

1    the State of California in and for the County of Santa Clara.  A true and correct copy of the

2    original complaint in the Cisco Action is attached hereto as Exhibit A.

3         2.    On October 13, 2006, plaintiff commenced another action entitled *Mosaic Systems,*

4    *Inc., vs. Andreas Bechtolsheim*, Case No. 1-06 CV 072920 (the "Bechtolsheim Action") in the

5    Superior Court of the State of California in and for the County of Santa Clara.  A true and correct

6    copy of the original complaint in the Bechtolsheim Action is attached hereto as Exhibit B.

7         3.    On June 18, 2007, the Superior Court of the State of California in and for the

8    County of Santa Clara, ordered the Cisco Action and the Bechtolsheim Action consolidated for

9    pretrial purposes at least.  A true and correct copy of the Consolidation Order is attached hereto as

10   Exhibit C.

11        4.    **Jurisdiction** (Local Rule 3-5)

12        On July 18, 2007, plaintiff filed a First Amended Complaint ("FAC") in the Bechtolsheim

13   Action.  A true and correct copy of the FAC is attached hereto as Exhibit D.  In the FAC, plaintiff

14   contests the inventorship of a patent, and, therefore, the Bechtolsheim Action "arises under"

15   patent laws for purposes of federal subject matter jurisdiction.  *See MCV Inc. v. King-Steeley*

16   *Thermos Co.*, 870 F.2d 1568 (Fed. Cir. 1989) (the resolution of inventorship disputes is provided

17   for by 35 U.S.C. §256).  The FAC alleges that Mosaic – not Cisco or any Cisco employees– is the

18   true inventor of U.S. Patent No. 7,047,385 B1 (the "'385 patent").  Exh. D., p.20:12-13

19   ("Defendant did not inform Mosaic that a patent was being filed *on its ideas* nor did he *give credit*

20   *to Plaintiff* Mosaic in the '385 patent" (emphasis added)).  In addition, plaintiff alleges that Cisco

21   employees wrongfully applied "for a patent stolen from, derived from, and based upon Plaintiff's

22   Trade Secrets and Confidential Information and other Mosaic knowledge." Exh. D., p.1:20-22.

23   Plaintiff alleges that "Mosaic's Trade Secrets and Confidential Information were being used to

24   apply for a patent by Cisco...."  Exh. D., p.21:5-6.

25        5.    Plaintiff's allegations raise a "substantial federal question" concerning

26   inventorship of the '385 patent, giving rise to original and exclusive federal jurisdiction under 28

27   U.S.C. §1338(a).  *See, e.g., Rustevader Corp. v. Cowatch*, 842 F.Supp. 171, 174 ("Although the

28   plaintiff's claims asserted in their complaint are not created by federal law, their well-pleaded

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1-SF/7580497.2                                              2

1    complaint necessarily depends on the resolution of a substantial federal question under the *MCV*

2    decision. This Court will not allow plaintiffs to deny the defendants 'a federal forum when the

3    plaintiffs' complaint contains a federal claim 'artfully pled' as a state law claim'"). The

4    Bechtolsheim Action therefore is removable pursuant to 28 U.S.C. §1441(b). *See Christianson v.*

5    *Colt Industries Operating Corp.*, 486 U.S. 800, 809 (1988).

6        6.    The FAC in the Bechtolsheim Action was the first paper from which it could be

7    ascertained that the case was removable. Defendants' counsel received a copy of the FAC on

8    July 18, 2007.

9        7.    The Bechtolsheim Action has been consolidated with the Cisco Action for pretrial

10   purposes at least and, therefore, the consolidated action is removable in its entirety. Consolidated

11   cases are removed together. *See, e.g., Parkhill v. Pecos Valley Southern Railway Co.*, 196

12   F.Supp. 404, 406 (S.D. Texas 1961) (a case not removable on its own was removed when

13   consolidated with others); *see also* 28 U.S.C. §1441(b) (whenever a separate and independent

14   claim arising under the laws of the United States is joined with a non-removable claim, the entire

15   case becomes removable).

16       8.    Alternatively, this Court can and should exercise supplemental jurisdiction over

17   the Cisco Action pursuant to 28 U.S.C. §1376, as the claims in the Cisco Action and the

18   removable Bechtolsheim Action "derive from a common nucleus of operative fact[s]." *City of*

19   *Chicago v. International College of Surgeons*, 522 U.S. 156, 164-5 (1997). Both actions are

20   based on the same basic allegations regarding the conduct of Mr. Bechtolsheim and Cisco during

21   a period when Mosaic and Cisco were contemplating certain transactions that were never

22   consummated and when Mr. Bechtolsheim was both a Mosaic director and a Cisco executive.

23   Some of the causes of action plaintiff asserts against Cisco in the Cisco Action are expressly

24   predicated on the alleged misconduct of Mr. Bechtolsheim, and some of the causes of action

25   plaintiff asserts against Mr. Bechtolsheim in the Bechtolsheim Action are predicated on Cisco's

26   conduct. For example, Mosaic's sixth cause of action against Cisco in the Cisco Action is for

27   aiding and abetting Bechtolsheim's alleged breach of fiduciary duty to Mosaic. And Mosaic's

28   fifth cause of action against Mr. Bechtolsheim in the Bechtolsheim Action is based on allegations

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1-SF/7580497.2                                                   3

1  regarding the conduct of certain Cisco employees. Therefore, supplemental jurisdiction over the

2  Cisco Action is appropriate based on the removal of the Bechtolsheim Action. *See City of*

3  *Chicago*, 522 U.S. at 165 (the supplemental jurisdiction statute §1367, "applies with equal force

4  to cases removed to federal court as to cases initially filed there").

5        9.    Both defendants – Andreas Bechtolsheim and Cisco Systems, Inc. – join in this

6  Notice of Removal.

7        10.    This Notice of Removal is being filed concurrently with a Supplement, pursuant to

8  28 U.S.C. §1446(a), containing the process, pleadings and orders in the state court action, and

9  Certificates of Interested parties as to Cisco Systems, Inc., and as to Andreas Bechtolsheim.

10

Dated: July 30, 2007                   MORGAN, LEWIS & BOCKIUS LLP

11

12

13                      By _____

                      Howard Holderness

14                        *Attorneys for Defendants*
                      ANDREAS BECHTOLSHEIM and

15                        CISCO SYSTEMS, INC.

16

17

18

19

20

21

22

23

24

25

26

27

28

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1-SF/7580497.2                      4