HOWARD HOLDERNESS, State Bar No. 169814
BRETT M. SCHUMAN, State Bar No. 189247
LORELEI A. CRAIG, State Bar No. 244104
MORGAN, LEWIS & BOCKIUS LLP
One Market - Spear Street Tower
San Francisco, CA 94105-1126
Tel:     415.442.1000
Fax:    415.442.1001
Email: hholderness@morganlewis.com E-filing

Attorneys for Defendant
CISCO SYSTEMS, INC.

**FILED**

**JUL 3 0 2007**

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

**BZ**

| | |
|---|---|
| MOSAIC SYSTEMS, INC., | Case No. 3892 |
| Plaintiff, | **DISCLOSURE OF CORPORATE AFFILIATIONS AND OTHER ENTITIES WITH A DIRECT FINANCIAL INTEREST IN LITIGATION** |
| vs. | |
| ANDREAS BECHTOLSHEIM, and DOES 1-20, | **[F.R.C.P. RULE 7.1]** |
| Defendants. | |
| MOSAIC SYSTEMS, INC., | |
| Plaintiff, | |
| vs. | |
| CISCO SYSTEMS, INC., and DOES 1-20, | |
| Defendants. | |

Pursuant to Civil Local Rule 3-16, Cisco Systems, Inc. certifies that it is a publicly traded corporation, and no person or entity owns 10% or more of its stock.

Dated: July 30, 2007                    MORGAN, LEWIS & BOCKIUS LLP

By  _illegible signature_
Howard Holderness
*Attorneys for Defendant*
CISCO SYSTEMS, INC.

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1-SF/7581323.1

DISCLOSURE OF CORPORATE AFFILIATIONS AND ENTITIES
WITH A DIRECT FINANCIAL INTEREST IN LITIGATION [F.R.C.P. RULE 7.1]