ORIGINAL

HOWARD HOLDERNESS, State Bar No. 169814
BRETT M. SCHUMAN, State Bar No. 189247
LORELEI A. CRAIG, State Bar No. 244104
MORGAN, LEWIS & BOCKIUS LLP
One Market - Spear Street Tower
San Francisco, CA 94105-1126
Tel:  415.442.1000
Fax: 415.442.1001
Email: hholderness@morganlewis.com

E-filing

**FILED**

JUL 3 0 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Attorneys for Defendant
ANDREAS BECHTOLSHEIM

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOSAIC SYSTEMS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> ANDREAS BECHTOLSHEIM, and DOES 1-20, <br><br> Defendants. | Case No. C 07 3892 BZ <br><br> **DISCLOSURE OF CORPORATE AFFILIATIONS AND OTHER ENTITIES WITH A DIRECT FINANCIAL INTEREST IN LITIGATION** <br><br> [F.R.C.P. RULE 7.1] |
| MOSAIC SYSTEMS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> CISCO SYSTEMS, INC., and DOES 1-20, <br><br> Defendants. | |

Pursuant to Civil Local Rule 3-16, Andreas Bechtolsheim certifies that as of this date, other than the named parties, there is no such interest to report.

Dated: July 30, 2007

MORGAN, LEWIS & BOCKIUS LLP

By /s/ Howard Holderness
Howard Holderness
*Attorneys for Defendant*
ANDREAS BECHTOLSHEIM

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1-SF/7581319.1

NOTICE OF CORPORATION AFFILIATIONS AND OTHER ENTITIES
WITH A DIRECT FINANCIAL INTEREST IN LITIGATION [F.R.C.P. RULE 7.1]