**ORIGINAL**

1  HOWARD HOLDERNESS, State Bar No. 169814
   BRETT M. SCHUMAN, State Bar No. 189247
2  LORELEI A. CRAIG, State Bar No. 244104
   MORGAN, LEWIS & BOCKIUS LLP
3  One Market - Spear Street Tower
   San Francisco, CA 94105-1126
4  Tel:  415.442.1000
   Fax:  415.442.1001
5  Email: hholderness@morganlewis.com

6  Attorneys for Defendants
   ANDREAS BECHTOLSHEIM          **E-filing**
7  CISCO SYSTEMS, INC.

**FILED**

JUL 3 0 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOSAIC SYSTEMS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> ANDREAS BECHTOLSHEIM, and DOES 1-20, <br><br> Defendants. | Case No. C-07 2892 <br><br> **PROOF OF SERVICE** <br><br> **BZ** |
| MOSAIC SYSTEMS, INC., <br><br> Plaintiff, <br> vs. <br><br> CISCO SYSTEMS, INC., and DOES 1-20, <br><br> Defendants. | |

1-SF/7560057.1

PROOF OF SERVICE

## PROOF OF SERVICE
(*Mosaic Systems v. Cisco Systems*, U.S. District Court Case No. _____)

I, Bridget Mullins, declare:

I am a resident of the State of California and over the age of eighteen years, and not a party to the within action; my business address is One Market, Spear Street Tower, San Francisco, CA 94105-1126. On July 30, 2007, I served the within document(s):

**CIVIL COVER SHEET**

**NOTICE OF REMOVAL OF CONSOLIDATED ACTIONS UNDER 28 U.S.C. §1441(b) (FEDERAL QUESTION)**

**DISCLOSURE OF CORPORATE AFFILIATIONS AND OTHER ENTITIES WITH A DIRECT FINANCIAL INTEREST IN LITIGATION [F.R.C.P. RULE 7.1] (ANDREAS BECHTOLSHEIM) (2 COPIES)**

**DISCLOSURE OF CORPORATE AFFILIATIONS AND OTHER ENTITIES WITH A DIRECT FINANCIAL INTEREST IN LITIGATION [F.R.C.P. RULE 7.1] (CISCO SYSTEMS, INC.) (2 COPIES)**

☒ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Francisco, California addressed as set forth below.

| Attorney/Party | Party(ies) for: | Type of Service |
|---|---|---|
| Jack Russo, Esq.<br>Michael Risch, Esq.<br>RUSSO & HALE LLP<br>401 Florence Street<br>Palo Alto, CA 94301<br>Off: 650-327-9800<br>Fax: 650-327-3737 | Plaintiff Mosaic Systems, Inc. | Via US. Mail |

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

Executed on July 30, 2007, at San Francisco, California.

I declare under penalty of perjury, under the laws of the State of California and the United States of America, that the foregoing is true and correct.

_____
Bridget Mullins

1-SF/7560057.1

-2-

PROOF OF SERVICE