UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MOSAIC SYSTEMS, INC.            )
                               )
            Plaintiff(s),       )      No. C07-3892 BZ
                               )
      v.                        )      **NOTICE OF RECUSAL**
                               )
CISCO SYSTEMS, INC.,            )
                               )
            Defendant(s).       )
                               )
                               )
                               )
                               )
_____)

            I hereby recuse myself in the above action.

Dated: August 2, 2007

                              _____
                                   Bernard Zimmerman
                              United States Magistrate Judge

G:\BZALL\-BZCASES\MISC\CISCO.MOSAIC.RECUSAL.wpd

1