HOWARD HOLDERNESS, State Bar No. 169814
BRETT M. SCHUMAN, State Bar No. 189247
LORELEI A. CRAIG, State Bar No. 244104
MORGAN, LEWIS & BOCKIUS LLP
One Market - Spear Street Tower
San Francisco, CA 94105-1126
Tel:   415.442.1000
Fax:  415.442.1001
Email: hholderness@morganlewis.com

Attorneys for Defendants
ANDREAS BECHTOLSHEIM
CISCO SYSTEMS, INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MOSAIC SYSTEMS, INC., <br><br>             Plaintiff, <br><br> vs. <br><br> ANDREAS BECHTOLSHEIM, and DOES 1-20, <br><br>             Defendants. <br><br> MOSAIC SYSTEMS, INC., <br><br>             Plaintiff, <br><br> vs. <br><br> CISCO SYSTEMS, INC., and DOES 1-20, <br><br>             Defendants. | Case No. C-07-3892-BZ <br><br> **CERTIFICATE OF SERVICE OF NOTICE TO ADVERSE PARTY OF REMOVAL TO FEDERAL COURT** |

     I, Bridget Mullins, certify and declare as follows:

     I am over the age of 18 years and not a party to this action.

     My business address is One Market, Spear Street Tower, San Francisco, CA 94105, which is located in the city, county and state where the mailing described below took place.

1     On July 30, 2007, I deposited in the United States Mail at San Francisco, California, a copy of the Notice of Filing Notice of Removal to adverse party Plaintiff Mosaic Systems, Inc. dated July 30, 2007, a copy of which is attached to this Certificate as Exhibit 1.

    On July 31, 2007, I deposited in the United States Mail at San Francisco, California, a copy of the Amended Notice of Filing Notice of Removal to adverse party Plaintiff Mosaic Systems, Inc. dated July 31, 2007, a copy of which is attached to this Certificate as Exhibit 2.

    I declare under penalty of perjury that the foregoing is true and correct.

    Executed on August 2, 2007, at San Francisco, California.


    /s/  Bridget Mullins
        Bridget Mullins

---

Morgan, Lewis & Bockius LLP
Attorneys At Law
San Francisco

1-SF/7580723.1      2      Case No. C-07-3892-BZ

CERTIFICATE OF SERVICE OF NOTICE TO ADVERSE PARTY OF REMOVAL TO FEDERAL COURT