1  HOWARD HOLDERNESS, State Bar No. 169814
   BRETT M. SCHUMAN, State Bar No. 189247
2  LORELEI A. CRAIG, State Bar No. 244104
   MORGAN, LEWIS & BOCKIUS LLP
3  One Market - Spear Street Tower
   San Francisco, CA 94105-1126
4  Tel:   415.442.1000
   Fax:   415.442.1001
5  Email: hholderness@morganlewis.com

6  Attorneys for Defendants
   ANDREAS BECHTOLSHEIM and
7  CISCO SYSTEMS, INC.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| MOSAIC SYSTEMS, INC., | Case No. C-07-3892-IL |
|---|---|
| Plaintiff, | **DEMAND FOR JURY TRIAL PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 38 & 81(c)** |
| vs. | |
| ANDREAS BECHTOLSHEIM, and DOES 1-20, | Honorable Susan Illston |
| Defendants. | [DEMAND FOR JURY TRIAL] |
| MOSAIC SYSTEMS, INC., | |
| Plaintiff, | |
| vs. | |
| CISCO SYSTEMS, INC., and DOES 1-20, | |
| Defendants. | |

TO: RUSSO & HALE LLP, Attorneys for Plaintiff Mosaic Systems, Inc.

PLEASE TAKE NOTICE that, pursuant to Federal Rules of Civil Procedure 38 & 81(c), Defendants Andreas Bechtolsheim and Cisco Systems, Inc. demand a jury trial in the above-

1  captioned action. This demand is made and served within 10 days after the notice of removal was
2  filed herein on July 30, 2007.

3  Dated: August 3, 2007

MORGAN, LEWIS & BOCKIUS LLP

By /s/ Howard Holderness
Howard Holderness
*Attorneys for Defendants*
ANDREAS BECHTOLSHEIM and
CISCO SYSTEMS, INC.

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1-SF/7580497.2

2

Case No. C-07-3892-IL

DEMAND FOR JURY TRIAL