HOWARD HOLDERNESS, State Bar No. 169814
BRETT M. SCHUMAN, State Bar No. 189247
LORELEI A. CRAIG, State Bar No. 244104
MORGAN, LEWIS & BOCKIUS LLP
One Market - Spear Street Tower
San Francisco, CA  94105-1126
Tel:    415.442.1000
Fax:    415.442.1001
Email: hholderness@morganlewis.com

Attorneys for Defendants
ANDREAS BECHTOLSHEIM and
CISCO SYSTEMS, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOSAIC SYSTEMS, INC.,<br><br>　　　　　　Plaintiff,<br><br>　　vs.<br><br>ANDREAS BECHTOLSHEIM, and DOES 1-20,<br><br>　　　　　　Defendants. | Case No. C-07-3892-SI<br><br>**DEFENDANT BECHTOLSHEIM'S REQUEST FOR JUDICIAL ADMISSION IN SUPPORT OF MOTION TO DISMISS**<br><br>**[F.R.E 201]** |
| MOSAIC SYSTEMS, INC.,<br><br>　　　　　　Plaintiff,<br><br>　　vs.<br><br>CISCO SYSTEMS, INC., and DOES 1-20,<br><br>　　　　　　Defendants. | Date:       September 21, 2007<br>Time:       9:00 AM<br>Courtroom:  10<br>Judge:      Hon. Susan Illston<br><br>**JURY TRIAL DEMANDED** |

Pursuant to Federal Rule of Evidence 201, Defendant Andreas Bechtolsheim ("Mr. Bechtolsheim") requests that the Court take judicial notice of the following documents related to the consolidated pre-removal state cases of *Mosaic Systems, Inc. v Bechtolsheim,* Santa Clara County Superior Court Case No. 1-06-CV-072920 ("Bechtolsheim Matter") and *Mosaic Systems, Inc. v. Cisco Systems, Inc.*, Santa Clara County Superior Court Case No. 1-04-CV-016867 ("Cisco Matter"), in consideration of Mr. Bechtolsheim's Motion to Dismiss pursuant to Federal Rules of Civil Procedure 12(b)(6) and 9(b).

1. Attached hereto as <u>Exhibit A</u> is a true and correct copy of Mosaic System, Inc.'s ("Mosaic") demand letter to Cisco Systems, Inc. dated September 4, 2003. This demand letter is referenced in the declaration of Plaintiff's counsel Jack Russo filed in the Cisco Matter on January 14, 2005, a true and correct copy of which is attached hereto as <u>Exhibit E</u>. This demand letter should be judicially noticed pursuant to Federal Rule of Evidence 201 because the Court can take judicial notice of facts that are "capable of accurate and ready determination by resort to sources whose accuracy cannot reasonably be questioned." Fed. R. Evid. 201(b).

2. Attached hereto as <u>Exhibit B</u> is a true and correct copy of Mosaic's Third Amended Complaint after Demurrer filed in the Cisco Matter. This Complaint should be judicially noticed pursuant to Federal Rule of Evidence 201 because a federal district court is entitled to take judicial notice of related proceedings and filings before a state court. *See United States ex rel. Robinson Rancheria Citizens Council v. Borneo, Inc.*, 971 F.2d 244, 248 (9th Cir. 1992).

3. Attached hereto as <u>Exhibit C</u> is a true and correct copy of Mosaic's original Complaint against Mr. Bechtolsheim filed in the Bechtolsheim Matter on October 13, 2006. This Complaint should be judicially noticed pursuant to Federal Rule of Evidence 201 because a federal district court is entitled to take judicial notice of related proceedings and filings before a state court. *See Borneo,* 971 F.2d at 248.

4. Attached hereto as <u>Exhibit D</u> is a true and correct copy of Honorable Kevin E. McKenney's Order regarding Mr. Bechtolsheim's Demurrer to Mosaic's Complaint filed in the Bechtolsheim Matter on July 3, 2007. This Complaint should be judicially noticed pursuant to

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2                                                Case No. C-07-3892-SI
REQUEST FOR JUDICIAL NOTICE

1  Federal Rule of Evidence 201 because a federal district court is entitled to take judicial notice of
2  related proceedings and filings before a state court.  *See Borneo,* 971 F.2d at 248.

4  Dated:  August 6, 2007                    MORGAN, LEWIS & BOCKIUS LLP

6                                            By     /s/ Howard Holderness
                                                 Howard Holderness
7                                                *Attorneys for Defendant*
                                                 ANDREAS BECHTOLSHEIM

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

3                                      Case No. C-07-3892-SI
REQUEST FOR JUDICIAL NOTICE