1  Jack Russo (State Bar No. 96068)
   Michael Risch (State Bar No. 197600)
2  RUSSO & HALE LLP
   401 Florence Street
3  Palo Alto, CA 94301
   Telephone: 650-327-9800
4  Facsimile: 650-327-3737
   www.computerlaw.com
5
   Attorneys for Plaintiff
6  MOSAIC SYSTEMS, INC.

7

8

9
                  IN THE SUPERIOR COURT IN AND FOR THE STATE OF CALIFORNIA
10
                         IN AND FOR THE COUNTY OF SANTA CLARA
11

12 |                                        ) Case No. 1-04 CV016867
13 | MOSAIC SYSTEMS, INC., a                )
   | California corporation,                )
14 |                                        ) DECLARATION OF JACK RUSSO
   |              Plaintiff,                ) IN OPPOSITION TO DEFENDANT'S
15 |                                        ) MOTION FOR DISQUALIFICATION
   |       v.                               )
16 |                                        )
   | CISCO SYSTEMS, INC., a Delaware        )
17 | corporation; and DOES 1 through 20,    )
   | inclusive,                             ) Date: January 25, 2005
18 |                                        ) Time: 9:00a.m.
   |              Defendants.               ) Dept: 4
19 |                                        ) Before: Hon. Jamie Jacobs-May
                                            )
20
        I, Jack Russo, declare as follows:
21
        1.      I am an attorney in good standing before the State Bar of California. I am a member
22
   of the law firm of Russo & Hale LLP, counsel for Plaintiff Mosaic Systems, Inc. ("Mosaic") in this
23
   action. I make the statements herein of my personal knowledge, except for those matters stated on
24
   information and belief, which matters I believe to be true, and could and would competently testify
25
   thereto if called as a witness.
26
        2.      Russo & Hale specializes in computer litigation, and we are particularly familiar with
27
   the semiconductor industry. We are skilled in trade secret misappropriation cases, and we have
28
   extensive experience in the industry in which Mosaic's technology lies.

Russo Decl. in Opp.                                                       Case No. 1-04 CV016867

3. On or about July 15, 2003 I sent a letter to Mosaic's Board of Directors in an effort to further investigate Mosaic's claims. This letter, email communications regarding this letter, and the subsequent meeting with Andreas "Andy" Bechtolsheim served to further Russo & Hale's investigation of a potential claim by Mosaic against Cisco Systems, Inc. ("Cisco").

4. On or about July 25, 2003, my partner Michael Risch and I met with Mr. Bechtolsheim, one of Mosaic's board members. I am informed and believe that Mr. Bechtolsheim is a director for other corporations in Silicon Valley, and at the time of the meeting, Mr. Bechtolsheim was a director for Mosaic. Mr. Bechtolsheim met with us for less than thirty minutes, and the meeting was not recorded. We informed Mr. Bechtolsheim that this meeting was "off the record." At no time did Mr. Bechtolsheim inform us that he wished to be represented by counsel. I was not aware at the time that Mr. Bechtolsheim was represented by an attorney, including General Counsel of Cisco.

5. Russo & Hale has never represented Mr. Bechtolsheim. The attorney-client privilege that Russo & Hale is asserting over the communication with Mr. Bechtolsheim is Mosaic's.

6. I believe that the meeting with Mr. Bechtolsheim is confidential and privileged communication, as Mr. Bechtolsheim was a director of Mosaic. At that meeting, Mr. Bechtolsheim did not provide us with any admissions that Mosaic plans to use as an admission against Cisco or even as an admission against Mr. Bechtolsheim individually. We were also not seeking any admissions by Cisco because we wanted a view of the Cisco-Mosaic relationship from the board members. In fact, there was no matter asserted against Cisco at the time of the meeting. Our intention was to discuss Mosaic's situation with Mr. Bechtolsheim given that he was a member of Mosaic's Board of Directors.

7. It was not until September 4, 2003, nearly two (2) months later, that a demand letter was even sent to Cisco in contemplation of a lawsuit by Mosaic against Cisco.

8. I did not communicate with Mr. Bechtolsheim after September 4, 2003. On this date, I am informed and believe that Mr. Bechtolsheim resigned from Mosaic's Board of Directors.

9. On or about March 29, 2004 after extensive negotiations Mosaic filed a lawsuit against Cisco, eight (8) months after Russo & Hale's communication with Mr. Bechtolsheim.

10. I personally have spent nearly one hundred (100) hours on this case to date. On information and belief, Russo & Hale's staff has spent over seven hundred fifty (750) hours on this case to date assisting with interviews, research, document collection and review, assisting in mediation and responding to discovery, among other tasks.

I declare under penalty of perjury that the foregoing statements are true and correct and that this Declaration was entered into on this /4th day of January, 2005 in Palo Alto, California.

                                             *Jack Russo* (signature)
                                             Jack Russo