HOWARD HOLDERNESS, State Bar No. 169814
BRETT M. SCHUMAN, State Bar No. 189247
LORELEI A. CRAIG, State Bar No. 244104
MORGAN, LEWIS & BOCKIUS LLP
One Market - Spear Street Tower
San Francisco, CA 94105-1126
Tel:   415.442.1000
Fax:  415.442.1001
Email: hholderness@morganlewis.com

Attorneys for Defendants
ANDREAS BECHTOLSHEIM and
CISCO SYSTEMS, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOSAIC SYSTEMS, INC.,<br><br>             Plaintiff,<br><br>vs.<br><br>ANDREAS BECHTOLSHEIM, and DOES 1-20,<br><br>             Defendants. | Case No. C-07-3892-SI<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT BECHTOLSHEIM'S MOTION TO DISMISS PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 12(b)(6) AND 9(b) AND FOR A MORE DEFINITIVE STATEMENT PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 12(e)** |
| MOSAIC SYSTEMS, INC.,<br><br>             Plaintiff,<br><br>vs.<br><br>CISCO SYSTEMS, INC., and DOES 1-20,<br><br>             Defendants. | **JURY TRIAL DEMANDED** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

Defendant Andreas Bechtolsheim's Motion to Dismiss came on for hearing by this Court on September 21, 2007 at 9:00 a.m. All parties were represented by counsel. On proof made to the satisfaction of the Court and for good cause shown that Defendant Bechtolsheim's Motion to Dismiss ought, in furtherance of justice, to be granted, the Court rules as follows:

**IT IS HEREBY ORDERED THAT:**

Defendant Bechtolsheim's Motion to Dismiss Mosaic's First (Breach of Fiduciary Duty – Duty of Loyalty), Second (Breach of Fiduciary Duty – Duty of Honesty), Third (Breach of Fiduciary Duty – Duty of Care), Fourth (Breach of Fiduciary Duty – Duty of Good Faith), Seventh (Constructive Fraud), and Eight (Concealment) causes of action pursuant to Federal Rules of Civil Procedure 12(b)(6) and 9(b) is **GRANTED.**

Defendant Bechtolsheim's Motion to Dismiss Mosaic's Sixth (Breach of Fiduciary Duty – Duty of Care – Theft of Trade Secrets) pursuant to Federal Rules of Civil Procedure 12(b)(6) is **GRANTED.**

Defendant Bechtolsheim's Motion to Dismiss Mosaic's Fifth (Breach of Fiduciary Duty – Duty of Loyalty – Theft of Patent) pursuant to Federal Rules of Civil Procedure 12(e) for a more definitive statement is **GRANTED**.

**IT IS FURTHER ORDER THAT**, because the defects to Mosaic's First, Second, Third, Fourth, Sixth, Seventh and Eighth causes of action cannot be cured, Defendant Bechtolsheim's Motion to Dismiss these causes of action is **GRANTED WITHOUT LEAVE TO AMEND**.

**IT IS SO ORDERED.**

Dated: _____, 2007

_____
THE HON. SUSAN ILLSTON

Judge of the United States District Court
for the Northern District of California
San Francisco Division