JACK RUSSO (State Bar No. 95068)
CHRISTOPHER SARGENT (State Bar No. 246285)
RUSSO & HALE LLP
401 Florence Street
Palo Alto, CA 94301
Phone: 650-327-9800
Email: jrusso@computerlaw.com
Email: csargent@computerlaw.com

Attorneys for Plaintiff
MOSAIC SYSTEMS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MOSAIC SYSTEMS, INC., a California corporation,<br><br>                  Plaintiff,<br><br>  v.<br><br>CISCO SYSTEMS, INC., a Delaware corporation, and DOES 1 through 20, inclusive,<br><br>                  Defendants. | Case No. C-07-3892-SI<br><br>**DEMAND FOR JURY TRIAL**<br><br>**[F.R.C.P 38 & 81(c)]** |
| MOSAIC SYSTEMS, INC., a California corporation,<br><br>                  Plaintiff,<br><br>  v.<br><br>ANDREAS BECHTOLSHEIM, an individual, and DOES 1-20,<br><br>                  Defendants. | |

Pursuant to Federal Rules of Civil Procedure, Rules 38 and 81(c), Plaintiff Mosaic Systems, Inc. demands trial by jury of all issues triable by a jury in the above-referenced matter.

                                                      RUSSO & HALE LLP

Dated: August 16, 2007                          By:    /s/ Jack Russo
                                                               Jack Russo
                                                               Christopher Sargent

                                                               Attorneys for Plaintiff
                                                               MOSAIC SYSTEMS, INC.