JACK RUSSO (State Bar No. 95068)
CHRISTOPHER SARGENT (State Bar No. 246285)
RUSSO & HALE LLP
401 Florence Street
Palo Alto, CA 94301
Phone: 650-327-9800
Email: jrusso@computerlaw.com
Email: csargent@computerlaw.com

Attorneys for Plaintiff
MOSAIC SYSTEMS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MOSAIC SYSTEMS, INC., a California corporation,<br><br>　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>CISCO SYSTEMS, INC., a Delaware corporation, and DOES 1 through 20, inclusive,<br><br>　　　　　　　　　　Defendants. | Case No.  C-07-3892-SI<br><br>**NON-GOVERNMENTAL CORPORATE PARTY DISCLOSURE STATEMENT BY PLAINTIFF MOSAIC SYSTEMS, INC.**<br><br>**[F.R.C.P. RULE 7.1]** |
| MOSAIC SYSTEMS, INC., a California corporation,<br><br>　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>ANDREAS BECHTOLSHEIM, an individual, and DOES 1-20,<br><br>　　　　　　　　　　Defendants. | |

1  Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiff Mosaic Systems, Inc. ("<u>Mosaic</u>") hereby discloses:

    1.    There is no parent corporation of Mosaic; and

    2.    There is no publically held corporation that owns 10% or more of Mosaic stock.

RUSSO & HALE LLP

Dated: August 16, 2007          By:   /s/ Jack Russo
                                                 Jack Russo
                                                 Christopher Sargent

Attorneys for Plaintiff
MOSAIC SYSTEMS, INC.