1  JACK RUSSO (State Bar No. 96068)
   CHRISTOPHER SARGENT (State Bar No. 246285)
2  RUSSO & HALE LLP
   401 Florence St.
3  Palo Alto, CA 94301
   Telephone: (650) 327-9800
4  Facsimile: (650) 327-3737
   Email:  jrusso@computerlaw.com
5  Email: csargent@computerlaw.com

6  Attorneys for Plaintiff
   MOSAIC SYSTEMS, INC.

7

8                  UNITED STATES DISTRICT COURT

9                NORTHERN DISTRICT OF CALIFORNIA

10                  SAN FRANCISCO DIVISION

11

12  MOSAIC SYSTEMS, INC., a California          Case No.  C-07-3892-SI
    corporation,
13                                              **DECLARATION OF JACK RUSSO IN
14                          Plaintiff,           SUPPORT OF PLAINTIFF'S MOTION TO
                                                 REMAND**
15          v.

16  ANDREAS BECHTOLSHEIM, an
    individual, and DOES 1-20,
17
                            Defendants.
18
19  MOSAIC SYSTEMS, INC., a California          Date:       October 19, 2007
    corporation,                                Time:       9:00 a.m.
20                                              Courtroom:  10, 19th Floor
                            Plaintiff,          Judge:      Hon. Susan Illston
21
            v.
22
    CISCO SYSTEMS, INC., a Delaware
23  corporation, and DOES 1 through 20,
    inclusive,
24
                            Defendants.
25

26

27

28

Russo  &  Hale  LLP
Palo  Alto,  California
www.computerlaw.com

**Declaration of Jack Russo**                              **Case No. C-07-03892 SI**

I, Jack Russo, do hereby declare under penalty of perjury under the laws of the State of California as follows:

1.    I am Mosaic Systems Inc.'s ("Mosaic") attorney.  I am a member of the State Bar of California in good standing and have been for over twenty-five (25) years.  I am the Managing Partner of Russo & Hale LLP (www.computerlaw.com).  I also serve as a mediator, arbitrator, and neutral evaluator for the Federal District Courts in San Francisco and San Jose as well as a mediator, arbitrator and Judge Pro Temp. for the Santa Clara Superior Court.  I make the statements herein in support of Plaintiff Mosaic Systems Inc.'s Motion to Remand.  I make the statements herein based on my person knowledge, except where set for on information and belief, which statements I believe to be true, and I could and would competently testify thereto if called as a witness.

2.    I was the attorney for Mosaic personally asking the questions to Defendant Bechtolsheim on the first day of his deposition on March 9, 2007.  Attached hereto as Exhibit A is a true and correct copy of an excerpt from Defendant Bechtolsheim's deposition taken on March 9, 2007.

I declare under penalty of perjury under the law of the State of California and under the laws of the United States of America that the foregoing statements are true and correct of my personal knowledge and that this Declaration was entered into on this 4th day of September, in Palo Alto, California.

        /s/  Jack Russo
        Jack Russo