CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 1

SUPERIOR COURT OF THE STATE OF CALIFORNIA

FOR THE COUNTY OF SANTA CLARA

---o0o---

MOSAIC SYSTEMS, INC., a )
California corporation, )
       Plaintiff, )
  vs. ) Case No. 1-04 CV016867
CISCO SYSTEMS, INC., a Delaware )
corporation; and DOES 1 through )
20, inclusive, )
       Defendants. )
_____ )

CONFIDENTIAL - ATTORNEYS' EYES ONLY

VIDEOTAPED DEPOSITION OF ANDY BECHTOLSHEIM

FRIDAY, MARCH 9, 2007

Reported by:

LAWRENCE PAUL NELSON, CSR No. 12144

EASTWOOD-STEIN DEPOSITION MANAGEMENT
(800) 219-5300

ccc16097-08ab-46a7-8157-343085b5ebf5

CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 150

**REDACTED**

| | | |
|---|---|---|
| 24 | Q. Do you still live in Portola Valley, | 15:18:55 |
| 25 | California? | 15:18:59 |

CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 151

| | | |
|---|---|---|
| 1 | A. I have a residence there, yes. | 15:18:59 |
| 2 | Q. And where is your primary residence at the | 15:19:00 |
| 3 | present time? | 15:19:03 |
| 4 | A. It's actually in Nevada. | 15:19:03 |
| 5 | Q. Is there an address in Nevada that | 15:19:06 |
| 6 | represents your address? | 15:19:08 |
| 7 | A. Yes, except it doesn't receive mailings. | 15:19:08 |
| 8 | Q. Just for the record, could you give me | 15:19:11 |
| 9 | that address? | 15:19:12 |
| 10 | A. Let me clarify. I actually don't live | 15:19:14 |
| 11 | there, but it's considered my permanent residence | 15:19:16 |
| 12 | because it's so hard to change addresses. | 15:19:20 |
| 13 | Q. Okay. What is your primary residence -- | 15:19:21 |
| 14 | for legal purposes, I guess, where is your primary | 15:19:23 |
| 15 | residence? | 15:19:24 |
| 16 | A. Well, my legal -- you cannot reach me in | 15:19:25 |
| 17 | Nevada, but you can reach me at this address in | 15:19:29 |
| 18 | Portola Valley. | 15:19:31 |
| 19 | Q. What's the address in Portola valley. | 15:19:31 |
| 20 | A. 4 Hawkview Street. | 15:19:35 |
| 21 | Q. And what the ZIP code in Portola Valley | 15:19:38 |
| 22 | for that street? | 15:19:41 |
| 23 | A. 94058. | 15:19:41 |
| 24 | Q. And it sounds like that's your secondary | 15:19:44 |
| 25 | address? | 15:19:48 |

CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 152

| | | |
|---|---|---|
| 1 | A. It's a secondary address, but it's the | 15:19:49 |
| 2 | best place to reach me. | 15:19:51 |
| 3 | Q. And what's the primary address where I | 15:19:52 |
| 4 | guess you would say your legal primary residence is? | 15:19:55 |
| 5 | A. Again, it's -- you cannot mail there. | 15:19:59 |
| 6 | There's nobody there. It's Incline Village, in | 15:20:02 |
| 7 | Nevada. | 15:20:07 |
| 8 | Q. And it sounds like for legal purposes | 15:20:07 |
| 9 | you're a Nevada resident? | 15:20:09 |
| 10 | A. It's very complicated. I'm trying to be a | 15:20:11 |
| 11 | Nevada resident. Since I'm working here, I'm trying | 15:20:16 |
| 12 | to get to Nevada, but I haven't gotten there yet. | 15:20:18 |
| 13 | Q. I guess I should ask you, is your driver's | 15:20:21 |
| 14 | license California or Nevada? | 15:20:24 |
| 15 | A. It's actually Nevada. | 15:20:25 |
| 16 | Q. You treat yourself more as a citizen of | 15:20:28 |
| 17 | Nevada? | 15:20:30 |
| 18 | A. I'm paying taxes in California because I'm | 15:20:30 |
| 19 | working in California today. | 15:20:33 |
| 20 | Q. But from a driver's license and voting | 15:20:34 |
| 21 | point of view -- | 15:20:37 |
| 22 | A. It's California. | 15:20:39 |
| 23 | Q. From a driver's license point of view you | 15:20:40 |
| 24 | treat yourself as a citizen of Nevada? | 15:20:43 |
| 25 | A. Yes, I have my primary residence there. | 15:20:45 |

CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 153

1  Q. So from the point of view of your driver's    15:20:48
2  license and your federal and state tax return --  15:20:52
3  A. I file them in Nevada, but I'm filing    15:20:55
4  California returns because I actually work in    15:20:58
5  California.    15:21:01
6  Q. When did you shift from being a primary    15:21:02
7  resident in Portola Valley, California to a primary    15:21:06
8  resident in Nevada?    15:21:09
9  A. I think it was 2004. 2004, thereabouts.    15:21:11
10  Q. Is there a month in 2004 when that    15:21:21
11  occurred?    15:21:21
12  A. I don't recall.    15:21:24
13  Q. And I take it that change has remained in    15:21:25
14  effect or do you flip-flop back to California?    15:21:29
15  A. Essentially I'm living here, but I'm    15:21:32
16  trying to get there, but I have other obligations in    15:21:34
17  California. I know it's not a subject to this    15:21:37
18  matter here. I'm not sure why this is relevant.    15:21:41
19  MR. HOLDERNESS: I'm --    15:21:41
20  BY MR. RUSSO:    15:21:43
21  Q. I'm just trying to understand --    15:21:43
22  A. If you want to reach me, that address I    15:21:45
23  gave you is where to reach me.    15:21:47
24  MR. HOLDERNESS: Or, of course, through    15:21:49
25  counsel.    15:21:50

CONFIDENTIAL - ATTORNEYS' EYES ONLY

1          C E R T I F I C A T I O N
2          I, LAWRENCE PAUL NELSON, duly authorized to
3    administer oaths pursuant to Section 2093(b) of the
4    California Code of Civil Procedure, do hereby certify:
5    That the witness in the foregoing deposition was
6    administered an oath to testify the truth in the
7    within-entitled cause; that said deposition was taken
8    at the time and place therein stated; that the
9    testimony of the said witness was reported by me and
10   was thereafter transcribed under my direction into
11   typewriting; that the foregoing is a complete and
12   accurate record of said testimony; and that the witness
13   was given an opportunity to read and correct said
14   deposition and to subscribe the same.
15         Should the signature of the witness not be
16   affixed to the deposition, the witness shall not have
17   availed himself/herself of the opportunity to sign or
18   the signature has been waived.
19         I further certify that I am not of counsel nor
20   attorney for any of the parties in the foregoing
21   deposition and caption named nor in any way interested
22   in the outcome of the cause named in said caption.
23   Dated: March 20, 2007
24                          _____
25                          LAWRENCE PAUL NELSON, CSR NO. 12144

274

EASTWOOD-STEIN DEPOSITION MANAGEMENT
(800) 219-5300