JACK RUSSO (State Bar No. 96068)
CHRISTOPHER SARGENT (State Bar No. 246285)
RUSSO & HALE LLP
401 Florence St.
Palo Alto, CA 94301
Telephone: (650) 327-9800
Facsimile: (650) 327-3737
Email:  jrusso@computerlaw.com
Email: csargent@computerlaw.com

Attorneys for Plaintiff
MOSAIC SYSTEMS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MOSAIC SYSTEMS, INC., a California corporation,<br><br>                    Plaintiff,<br><br>     v.<br><br>ANDREAS BECHTOLSHEIM, an individual, and DOES 1-20,<br><br>                    Defendants. | Case No.  C-07-3892-SI<br><br>**REQUEST FOR JUDICIAL NOTICE** |
| MOSAIC SYSTEMS, INC., a California corporation,<br><br>                    Plaintiff,<br><br>     v.<br><br>CISCO SYSTEMS, INC., a Delaware corporation, and DOES 1 through 20, inclusive,<br><br>                    Defendants. | Date:        October 19, 2007<br>Time:       9:00 a.m.<br>Courtroom:  10, 19th Floor<br>Judge:      Hon. Susan Illston |

1    Pursuant to Federal Rules of Evidence, Rule 201, Plaintiff Mosaic Systems, Inc. ("Mosaic")
2 respectfully requests that the Court take judicial notice of the items described below:
3    1.   The First Amended Complaint filed by Mosaic against Defendant Bechtolsheim
4 ("FAC"), a copy of which was also attached to the Defendant's Notice of Removal (Docket #1) as
5 Exhibit D. A copy of the FAC is attached hereto as Exhibit 1.
6    2.   Defendants' Memorandum of Points and Authorities in Support of their Motion to
7 Consolidate filed with the Santa Clara Superior Court on April 20, 2007. A copy of this document is
8 attached hereto as Exhibit 2.
9    3.   The Third Amended Complaint filed by Mosaic against Defendant Cisco Systems,
10 Inc. ("TAC"). A copy of this document is attached hereto as Exhibit 3.

12 Dated:   September 4, 2007          Respectfully submitted,
                                       RUSSO & HALE LLP

14                                     By:    /s/ Jack Russo
                                              Jack Russo

                                       Attorney for Plaintiff
                                       MOSAIC SYSTEMS, INC.