HOWARD HOLDERNESS, State Bar No. 169814
BRETT M. SCHUMAN, State Bar No. 189247
LORELEI A. CRAIG, State Bar No. 244104
MORGAN, LEWIS & BOCKIUS LLP
One Market - Spear Street Tower
San Francisco, CA 94105-1126
Tel:   415.442.1000
Fax:  415.442.1001
Email: hholderness@morganlewis.com

Attorneys for Defendants
ANDREAS BECHTOLSHEIM and
CISCO SYSTEMS, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOSAIC SYSTEMS, INC.,<br><br>            Plaintiff,<br><br>vs.<br><br>ANDREAS BECHTOLSHEIM, and DOES 1-20,<br><br>            Defendants. | Case No. C-07-3892-SI<br><br>**STIPULATION AND [PROPOSED] ORDER FOR CONTINUANCE OF DEFENDANT'S MOTION TO DISMISS HEARING** |
| MOSAIC SYSTEMS, INC.,<br><br>            Plaintiff,<br>vs.<br><br>CISCO SYSTEMS, INC., and DOES 1-20,<br><br>            Defendants. | |

WHEREAS, Plaintiff Mosaic Systems, Inc. ("Mosaic") filed a First Amended Complaint ("FAC") in the pre-removal state case of *Mosaic Systems, Inc. v Bechtolsheim*, Santa Clara County Superior Court Case No. 1-06-CV-072920 ("Bechtolsheim Matter"), on July 18, 2007, raising for the first time the allegation of "Breach of Fiduciary Duty - Theft of Patent" regarding Cisco's patent number US 7,047,385 B1 ("385 Patent").

Morgan, Lewis & Bockius LLP
Attorneys At Law
San Francisco

1-SF/7597598.1

1

Case No. C-07-3892-SI
STIPULATION AND [PROPOSED] ORDER FOR CONTINUANCE OF DEFENDANT'S MOTION TO DISMISS HEARING

1   WHEREAS, Defendant Andreas Bechtolsheim ("Mr. Bechtolsheim") removed the Bechtolsheim Matter and Plaintiff's ~~related~~ case against Defendant Cisco Systems, Inc. to this Court on the basis of the "Theft of Patent" allegation on July 30, 2007.

4   WHEREAS, pursuant to Federal Rule of Civil Procedure 81(c), Mr. Bechtolsheim exercised his right to challenge Mosaic's FAC and filed a motion to dismiss on August 6, 2007, and noticed the hearing for September 21, 2007, at 9:00 AM in Department 10.

7   WHEREAS, Mosaic filed a Motion to Remand on September 4, 2007, and noticed the hearing for October 19, 2007, at 9:00 AM in Department 10, but also requested on the motion's caption page that the Court move the Motion to Remand hearing to September 21, 2007, the date of the hearing on Mr. Bechtolsheim's Motion to Dismiss.

WHEREAS, *both parties jointly* ~~as a partial concession to Mosaic's request and as a friend to the Court, Defendants~~ have agreed to move the hearing date for its Motion to Dismiss to October 19, 2007, at 9:00 AM in Department 10, the date of the hearing on Mosaic's Motion to Remand.

15  **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, between the parties through their counsel of record that Mr. Bechtolsheim's Motion to Dismiss hearing shall be continued to October 19, 2007, at 9:00 AM in Courtroom 10 and Mosaic's Motion to Remand hearing shall remain on October 19, 2007, at 9:00 AM in Courtroom 10.

Dated: September 7, 2007

MORGAN, LEWIS & BOCKIUS LLP

By    /s/ Howard Holderness
Howard Holderness
*Attorneys for Defendants*
ANDREAS BECHTOLSHEIM
CISCO SYSTEMS, INC.

1  Dated: September 7, 2007                    RUSSO & HALE LLP
2
3                                              By____/s/ Jack Russo*_____
4                                                  Jack Russo
                                                   *Attorneys for Plaintiff*
5                                                  MOSAIC SYSTEMS, INC.
6
7  **PURSUANT TO STIPULATION, IT IS SO ORDERED**
8
9  Dated: September ___, 2007                  _____
10                                             Honorable Susan Illston
                                               Judge of the United States District Court,
11                                             Northern District of California
12
13  * I attest that concurrence in the filing of this stipulation and proposed order has been obtained
14  from Plaintiff Mosaic's Systems, In.'s counsel Jack Russo prior to the filing of this stipulation
    and proposed order with the Court and that I am maintaining records to support this concurrence.
15
      ___/s/ Howard Holderness___
16       Howard Holderness

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1-SF/7597598.1                          3                        Case No. C-07-3892-SI
STIPULATION AND [PROPOSED] ORDER FOR CONTINUANCE OF DEFENDANT'S MOTION TO DISMISS HEARING