1  JACK RUSSO (State Bar No. 96068)
   CHRISTOPHER SARGENT (State Bar No. 246285)
2  RUSSO & HALE LLP
   401 Florence St.
3  Palo Alto, CA 94301
   Telephone: (650) 327-9800
4  Facsimile: (650) 327-3737
   Email:  jrusso@computerlaw.com
5  Email: csargent@computerlaw.com

6  Attorneys for Plaintiff
   MOSAIC SYSTEMS, INC.
7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10                 SAN FRANCISCO DIVISION

11

| | |
|---|---|
| 12 MOSAIC SYSTEMS, INC., a California corporation,<br>13<br>14                    Plaintiff,<br>15       v.<br>16 ANDREAS BECHTOLSHEIM, an individual, and DOES 1-20,<br>17                    Defendants. | Case No.  C-07-3892-SI<br><br>**DECLARATION OF JACT RUSSO IN SUPPORT OF PLAINTIFF MOSAIC SYSTEMS, INC.'S MOTION TO REMAND AND REQUEST FOR SANCTIONS**<br><br>Date:        October 19, 2007<br>Time:       9:00 a.m.<br>Courtroom:  10, 19th Floor<br><br>Judge:      Hon. Susan Illston |
| 18 |  |
| 19 MOSAIC SYSTEMS, INC., a California corporation,<br>20<br>21                    Plaintiff,<br>22       v.<br>23 CISCO SYSTEMS, INC., a Delaware corporation, and DOES 1 through 20, inclusive,<br>24<br>25                    Defendants. |  |

26

27

28

I, Jack Russo, declare under penalty of perjury as follows:

1. I make the statements herein based on my personal knowledge, except where set forth on information and belief, which statements I believe to be true, and I could and would competently testify thereto if called as a witness.

2. I am a member of the State Bar of California in good standing and have been for over twenty-file (25) years. I am the Managing Partner of Russo & Hale LLP (www.computerlaw.com). I also serve as a mediator, arbitrator, and neutral evaluator for the Federal District Courts in San Francisco and San Jose as well as a mediator, arbitrator and Judge Pro Temp for the Santa Clara Superior Court.

3. Our firm, through my self, my associate, Chris Sargent, and my paralegals, Su-Han Wang, did the work in researching and preparing Plaintiff's Motion to Remand. Mr. Sargent's hourly rate is $250 per hour, and our records show that he spent eighteen (18) hours on work related to the Motion to Remand, totaling $4,500.00 in fees. Ms. Wang's hourly rate is $75 per hour, and our records show that she billed eight (8) hours on work related to Motion to Remand, totaling $600.00 in fees. My hourly rate is $500 per hour, and I have spent four (4) hours to date on work related to the Motion to Remand, totaling $2,000.00 in fees. Plaintiff's total fees and costs relating to this Motion to Remand is at least $7,100.00, and it likely will be over $8,000 by the date of the hearing.

4. Accordingly, Plaintiff requests as reimbursement its reasonable fees and costs of at least $8,000.

I declare under penalty of perjury, under the laws of the state of California and the United States of America, that the foregoing is true and correct and that this declaration was executed on October 5, 2007, in the City of Palo Alto, California.

                /s/ Jack Russo
                Jack Russo