**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
415.522.2000

October 16, 2007

Santa Clara County Superior Court
191 North First Street
San Jose, CA 95113

RE:  CV 07-03892 SI    MOSAIC SYSTEMS INC.-v-ANDREAS BECHTOLSHEIM
     Your Case Number: (1-04- cv-016867, 1-06-cv-072920)

Dear Clerk,

Pursuant to an order remanding the above captioned case to your court, transmitted herewith are:

    (X)    Certified copies of docket entries

    (X)    Certified copies of Remand Order

    ()    Other

Please acknowledge receipt of the above documents on the attached copy of this letter.

Sincerely,

RICHARD W. WIEKING, Clerk

/s/

by:  Yumiko Saito
Case Systems Administrator

Enclosures
Copies to counsel of record

NDC TR-5  Rev. 7/92
o:\mrg\civil\remand.mrg